UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERLYN NUNEZ,

Plaintiff,

-against-

CENTER FOR URBAN COMMUNITY SERVICES,

Defendant.

**ORDER**

26-CV-02854 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 14, 2026, the Court directed plaintiff to prove that service had been effectuated on Defendant Center for Urban Community Services by July 8, 2026, in accordance with Fed. R. Civ. P. 4(m). (Doc. 7). Plaintiff did not file any affidavit of service indicating that service was effectuated on Defendant Center for Urban Community Services, nor has she shown good cause in writing for her failure to comply with Rule 4(m).

To date, plaintiff has failed to respond to the Court's July 14, 2026 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: White Plains, New York
July 24, 2026

Philip M. Halpern
United States District Judge